# UNITED STATES DISTRICT COURT

## District of Kansas

(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-CR-20098-TC-JBW

**TAMMERA HAKES,**

**Defendant.**

# INFORMATION

**THE UNITED STATES ATTORNEY FOR THE DISTRICT OF KANSAS CHARGES**:

At all times relevant to this Information:

**INTRODUCTION**

1. The United States Department of Housing and Urban Development (HUD) was an executive level branch of the United States government.

2. The United States Department of Veterans Affairs (VA) was an executive level branch of the United States government.

3. HUD and VA operated a housing program, called the HUD-VA Supportive Housing Program, that provided rental assistance for homeless Veterans.

4. Defendant Tamera Hakes was an employee of a property management company ("Victim Company") that was involved in the leasing of residential properties, including properties occupied by tenants who were receiving rental assistance from HUD.

5. Zelle was an application used to send money between bank accounts electronically. CashApp was an application used to send money between individuals electronically.

**The Scheme to Defraud**

6. Beginning on or about January 26, 2024, and continuing until on or about January 26, 2025, Defendant devised and executed a scheme and artifice to defraud, for the purpose of obtaining money and property by means of false and fraudulent pretenses, representations, and promises. As part of the scheme to defraud, Defendant embezzled money by causing tenants to pay her directly, and by keeping rent money intended to be paid to Victim Company.

7. As part of the scheme to defraud, Defendant caused tenants to send her money via Zelle and CashApp.

8. As part of the scheme to defraud, Defendant embezzled cash payments that were provided by tenants as rent payments that should have gone to victim company.

9. As part of the scheme to defraud, Defendant made false entries into software used by Victim Company. The entries purported to report payments that had not actually been made.

10. As part of the scheme to defraud, Defendant created a Google email account that she purported to be an email account of a VA employee. On or about January 20, 2025, Defendant sent an email using the email account she created. The email stated that VA would pay a tenant's unpaid rent and utilities. At the time Defendant sent the email she knew VA had not agreed to pay the tenant's unpaid rent and utilities.

11. As part of the scheme to defraud, Defendant created an email account for a person who was the treasurer for a not-for-profit Kansas corporation, without that person's knowledge. On or about January 28, 2025, Defendant used the email account to send an email to Victim Company. In the email, Defendant pretended to be the not-for-profit treasurer and stated that the not-for-profit corporation had agreed to pay the rent for a tenant. At the time Defendant sent the email, she knew the not-for-profit corporation had not agreed to pay the tenant's rent.

## COUNT 1

**Wire Fraud**
**[18 U.S.C. §1343]**

12. The allegations in paragraphs 1 through 11 of this information are incorporated as if fully set forth herein.

13. On or about September 26, 2024, in the District of Kansas and elsewhere, the defendant,

**TAMMERA HAKES,**

having devised and intending to devise the aforementioned scheme and artifice to defraud victim company and HUD, for the purpose of obtaining money and property by means of

false and fraudulent pretenses, representations, and promises, knowingly transmitted and caused to be transmitted in interstate commerce, wire and radio sounds, and signals, that is, the transfer of $1,000 via CashApp into her account from a person with the initials C.T. for rent payment of a third party.

In violation of Title 18, United States Code, Section 1343 and 2.

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *D. Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Count One: Wire Fraud [18 U.S.C. 1343]

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1341.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3). In the alternative, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571(d).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.